## CIRCUIT COURT OF THE CITY OF NORFOLK

Commonwealth of Virginia

    v.

Jerome Thomas

October 17, 1988

By JUDGE LEONARD B. SACHS

After considering the matter, I have concluded that the statute which deals with the use of a firearm in the commission of a robbery necessarily includes a sawed-off shotgun, which is a "firearm."

By definition (Section 18.2-299 (2)) a "crime of violence" includes robbery by statutory definition.

Accordingly, the court would hold that there would be a double jeopardy violation if the defendant were to be prosecuted upon or convicted under both sections of the Code (Section 18.2-53.1 and Section 18.2-300).